NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLY-AMERICA, L.P.,**
*Plaintiff-Appellant*

**v.**

**API INDUSTRIES, INC.,**
*Defendant-Appellee*

---

2015-1248

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00693-SLR, Judge Sue L. Robinson.

---

**JUDGMENT**

---

ERICA WORTH HARRIS, Susman Godfrey L.L.P., Houston, TX, argued for plaintiff-appellant. Also represented by LEELLE B. KROMPASS, New York, NY.

JACK B. BLUMENFELD, Morris, Nichols, Arsht & Tunnell LLP, Wilmington, DE, argued for defendant-appellee. Also represented by MICHAEL J. FLYNN, MARYELLEN NOREIKA; MARK I. KOFFSKY, EFREM SCHWALB, Koffsky Schwalb LLC, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


September 21, 2015                     /s/ Daniel E. O'Toole
Date                                             Daniel E. O'Toole
                                                      Clerk of Court